**Order entered May 1, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00093-CR

**DAVID HENRY BROOMFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1433325-J**

## ORDER

The Court **REINSTATES** the appeal.

On April 1, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 1, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 1, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
JUSTICE